# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

## ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: '08 MJ 1347

The person charged as VALENCIA, Vincente now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the District of Arizona on 11/15/2006 with Title 18 USC 751 (a), in violation of:

Escape from custody

The charging documents and the warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Date: 4/29/08

Wade Gregg
CI -Deputy United States Marshal

Reviewed and Approved

DATE:

Assistant United States Attorney

# United States District Court
# Northern District of Texas
*Abilene Division*

UNITED STATES OF AMERICA

V.

VINCENTE VALENCIA

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 1:06-CR-063-C

MAG. CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   VINCENTE VALENCIA
and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Sealed Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with:

Escape from custody

in violation of Title   18
United States Code, Section(s)
751(a)

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

Signature of Issuing Officer

U. S. Magistrate Judge Nancy M. Koenig             November 15, 2006             Abilene, TX
                                                    Date                         Location

Marsha Elliott
(By) Deputy Clerk

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

NOV 15 2006

CLERK, U.S. DISTRICT COURT
By _____
      Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § NO. 1-06CR-0063C |
| | § |
| VINCENTE VALENCIA | § |

The Grand Jury Charges:

Count One
(Escape - 18 U.S.C. § 751(a))

On or about November 5, 2006, at Federal Prison Camp (FPC), Big Spring, Howard County, Texas, in the Abilene Division of the Northern District of Texas, **Vincente Valencia**, defendant, did knowingly and intentionally escape from the custody of the Attorney General and his authorized representative, and from an institution and facility in which he was confined by the Attorney General, to wit: the Federal Correctional Institution Big Spring Prison Camp, and from custody and confinement under and by virtue of process issued under the laws of the United States by a court upon his conviction of the felony controlled substance offense of Conspiracy; Possession with Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), in the United States District Court for the District of Montana, Billings Division, Criminal Number CR-00-130-BLG-RFC.

A violation of Title 18, United States Code, Section 751(a).



A TRUE BILL:

FOREMAN

RICHARD B. ROPER
UNITED STATES ATTORNEY

C. RICHARD BAKER
Assistant United States Attorney
Texas State Bar No.01565500
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:   806.472.7562
Facsimile:    806.472.7394
E-mail:         richard.baker@usdoj.gov

**SEALED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

NOV 15 2006

CLERK, U.S. DISTRICT COURT
By _____

THE UNITED STATES OF AMERICA

VS.

VINCENTE VALENCIA (01)

INDICTMENT

18 USC 751(a) -    ESCAPE

(1 COUNT)

**REDACTED**

A true bill,

_____
Lubbock                                Foreman

Filed in open court this 15th day of November, A.D. 2006

_____
Clerk

SEALED ARREST WARRANT TO ISSUE

_____
UNITED STATES MAGISTRATE JUDGE

Complaint - 1:06-MJ-081