# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   CALIFORNIA

UNITED STATES OF AMERICA
       Plaintiff,
v.

VINCENTE VALENCIA,
       Defendant.

**APPEARANCE**

Case Number: 08MJ1347

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

VINCENTE VALENCIA

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/8/2008 | /s/ LEILA W. MORGAN |
| Date | Signature |
| | LEILA W. MORGAN / Federal Defenders of S    232874 |
| | Print Name   Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City  State  Zip Code |
| | (619) 234-8467  (619) 687-2666 |
| | Phone Number  Fax Number |

**<u>CERTIFICATE OF SERVICE</u>**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: May 8, 2008                                                                 /s/ *Leila W. Mor*gan
                                                                                                LEILA W. MORGAN
                                                                                                Federal Defenders of San Diego, Inc.
                                                                                                225 Broadway, Suite 900
                                                                                                San Diego, CA 92101-5030
                                                                                                (619) 234-8467  (tel)
                                                                                                (619) 687-2666  (fax)
                                                                                                e-mail: Leila_Morgan@fd.org