MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
TUESDAY, MAY 13, 2008

HON. NITA L. STORMES   DEPUTY CLERK: G. PERRAULT   TAPE# NLS08-10:38 TO 10:41

08MJ1347-NLS   USA   VS   VICENTE VALENCIA [1]

ATTY: LEILA W. MORGAN (FD) [1]

AUSA: CHARLOTTE KAISER

**DETENTION/REMOVAL/ID HEARING**
==================================================================
ATTY. LEILA W. MORGAN, FD-N/A
ATTY. JENNIFER COON, FD-S/A

DEFENDANT WAIVES DETENTION HEARING AND STIPULATES TO DETENTION
COURT ORDERS THE DEFENDANT DETAINED WITHOUT PREJUDICE DURING THE PENDENCY
OF THE PROCEEDINGS AND SIGNS THE SUBMITTED DETENTION ORDER.

DEFENDANT SUBMITS WAIVER OF RULE 5(c) AND 5.1(a) HEARING.
DEFENDANT WAIVES IDENTITY HEARING AND ADMITS IDENTITY.
DEFENDANT IS ORDERED REMOVED TO THE NORTHERN DISTRICT OF TEXAS FORTHWITH.
WARRANT OF REMOVAL SIGNED BY COURT AND ISSUED TO USM.